UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KESSLER,

                    Plaintiff,

vs.

SPE PROPERTIES LLC,

                    Defendant.

NO.  2:20-cv-01776-RSL

ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE ANSWER

THIS MATTER came before the Court on Stipulation of the parties requesting an extension of time for Defendant SPE Properties LLC to answer plaintiff's Complaint.

IT IS HEREBY ORDERED that Defendant SPE Properties LLC shall have until February 4, 2021 to file its Answer to the Complaint.

Dated this 7th day of January, 2021.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT LASNIK

STIPULATION FOR AND ORDER GRANTING DEF.
EXTENSION OF TIME TO FILE ANSWER - 1 of 1

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike Street, Suite 2350
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575