1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10
11
12
13
14
15
16

| | |
|---|---|
| ROBERT KESSLER,<br><br>        Plaintiff,<br><br>        -vs-<br><br>SPE PROPERTIES LLC.<br><br>        Defendant. | Cause No. 2:20-cv-1776<br><br><br>JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

17
18
19

        Plaintiff, Robert Kessler, and Defendant SPE Properties LLC, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss this matter with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

20
21
22

        **IT IS SO ORDERED**, all claims asserted in this case against SPE Properties, LLC shall be dismissed with prejudice.

23
24
25
26
27

        Dated this 10th day of February, 2021.

*MM S Lasnik*
Robert S. Lasnik
United States District Judge

Joint Stipulation for Dismissal        Page | - 1 -

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084

DATED this 10 February 2021.

Respectfully submitted,

*/s/ M. William Judnich*

M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com
*Attorney for Plaintiff*

*/s/ Maggie Diefenbach*

Maggie Diefenbach,
WSBA No. 31176
Gordon Thomas Honeywell
520 Pike Street, Ste 2350
Seattle, WA 98101
(206) 676-7533
Email: mdiefenbach@gth-law.com

*Attorney for Defendant SPE Properties LLC*